KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WBN 0722)
Chief, Criminal Division

PETER B. AXELROD (CSBN 190843)
Assistant United States Attorney

ANDREW KLINE (DCBN 441845)
J. EVANS RICE III (DCBN 481768)
Trial Attorneys, U.S. Department of Justice

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6774
    Fax: (415) 436-7234

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No CR 05-00447 ~~SI~~ CRB |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] PROTECTIVE ORDER REGARDING DISCOVERY |
| v. | |
| MISUK MOORE, MIN SUNG KIM,    aka Jum Rye Choi,    aka Jum Rye Kim, WON GYU LIM, and, SANG HUN PARK,    aka Steve, | |
| Defendants | |

    The United States, through its counsel of record, and the defendants, through their counsel of record, hereby agree and stipulate that the government will provide discovery on the following conditions:

    1.    <u>Protected Material</u>

    The discovery produced in this matter is deemed Protected Material. Possession of

PROTECTIVE ORDER
[CR 05-00447 SI]                                           1

copies of the Protected Material is limited to the defendants, their attorneys of record, and investigators, paralegals, law clerks, translators, interpreters, experts and assistants for the attorneys of record (hereinafter collectively referred to as "members of the defense team").

The defendants, their attorneys of record, and members of the defense team acknowledge that providing copies of the Protected Material to other persons is prohibited, and agree not to duplicate or provide copies of the Protected Material to other persons. The defendants, their attorneys of record, and members of the defense team may show Protected Material to witnesses or prospective witnesses in conjunction with their defense of the defendants in this case. The defendants, their attorneys of record, and members of the defense team further acknowledge that they are prohibited from using the Protected Material for any purpose other than defending the defendant in the above-captioned matter. Any violation of these prohibitions constitutes a violation of the Protective Order. Further, the attorneys of record agree that prior to disseminating any copies of the Protected Material to members of the defense team, they will provide a copy of this Protective Order to members of the defense team.

Notwithstanding efforts taken by the government to redact personal information of witnesses from the discovery provided to the defense (such as date of birth, social security numbers, addresses, phone numbers, etc.), defense counsel, the defendants and members of the defense team agree that, should any such information be found during their review of this material, they will not provide that personal information in any form – whether in verbal, written or electronic format – to any third party, for any reason whatsoever.

2  Nontermination

The provisions of this Order shall not terminate at the conclusion of this prosecution but only upon further order of this Court. Within 30 days of a verdict or guilty plea, the defendants' attorneys of record shall return all copies of any Protected Material (including all copies provided to the defendants, their attorneys of record, and members of the defense team) to the United

//
//

States Attorney's Office for the Northern District of California.

SO STIPULATED.

DATED: 8/1/05

_____
PETER B. AXELROD
Assistant United States Attorney

ANDREW KLINE
J. EVANS RICE III
Trial Attorneys, U.S. Department of Justice

DATED:

_____
MICHAEL STEPANIAN
Counsel for Defendant MiSuk Moore

DATED:

_____
MARK GOLDROSEN
Counsel for Defendant Min Sung Kim

DATED:

_____
HUGH A. LEVINE
Counsel for Defendant Won Gyu Lim

DATED:

_____
MICHAEL GAINES
Counsel for Defendant Sang Hun Park

States Attorney's Office for the Northern District of California.

SO STIPULATED.

DATED:

PETER B AXELROD
Assistant United States Attorney

ANDREW KLINE
J. EVANS RICE III
Trial Attorneys, U.S. Department of Justice

DATED: 7/28/05

MICHAEL STEPANIAN
Counsel for Defendant MiSuk Moore

DATED:

MARK GOLDROSEN
Counsel for Defendant Min Sung Kim

DATED:

HUGH A. LEVINE
Counsel for Defendant Won Gyu Lim

DATED:

MICHAEL GAINES
Counsel for Defendant Sang Hun Park

PROTECTIVE ORDER
[CR 05-00447 SI]                                            3

States Attorney's Office for the Northern District of California.

SO STIPULATED.

DATED:

PETER B. AXELROD
Assistant United States Attorney

ANDREW KLINE
J. EVANS RICE III
Trial Attorneys, U.S. Department of Justice

DATED:

MICHAEL STEPANIAN
Counsel for Defendant MiSuk Moore

DATED: 8/1/05

MARK GOLDROSEN
Counsel for Defendant Min Sung Kim

DATED:

HUGH A. LEVINE
Counsel for Defendant Won Gyu Lim

DATED:

MICHAEL GAINES
Counsel for Defendant Sang Hun Park

PROTECTIVE ORDER
[CR 05-00447 SI]
3

States Attorney's Office for the Northern District of California.

SO STIPULATED.

DATED: _____

PETER B. AXELROD
Assistant United States Attorney

ANDREW KLINE
J. EVANS RICE III
Trial Attorneys, U.S. Department of Justice

DATED: _____

MICHAEL STEPANIAN
Counsel for Defendant MiSuk Moore

DATED: _____

MARK GOLDROSEN
Counsel for Defendant Min Sung Kim

DATED: 7-28-05

HUGH A. LEVINE
Counsel for Defendant Wm Gyu Lim

DATED: _____

MICHAEL GAINES
Counsel for Defendant Sang Hun Park

PROTECTIVE ORDER
[CR 05-00447 SI]                              3

States Attorney's Office for the Northern District of California.

SO STIPULATED.

DATED:

PETER B. AXELROD
Assistant United States Attorney

ANDREW KLINE
J. EVANS RICE III
Trial Attorneys, U.S. Department of Justice

DATED:

MICHAEL STEPANIAN
Counsel for Defendant MiSuk Moore

DATED:

MARK GOLDROSEN
Counsel for Defendant Min Sung Kim

DATED:

HUGH A. LEVINE
Counsel for Defendant Won Gyu Lim

DATED: 8/1/05

MICHAEL GAINES
Counsel for Defendant Sang Hun Park

PROTECTIVE ORDER
[CR 05-00447 SI]

3

**ORDER**

IT IS SO ORDERED.

DATED: Aug 3, 2005

SUSAN ILLSTON
United States District Judge Charles R. Breyer

PROTECTIVE ORDER
[CR 05-00447 SI]                               4