MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748

Attorney for Defendant
MISUK MOORE

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MISUK MOORE, et al.

    Defendants.

No. CR. 05-0447 CRB  EMC

ORDER MODIFYING BAIL
CONDITIONS OF DEFENDANT
MISUK MOORE

    Good cause having been shown, IT IS HEREBY ORDERED that the condition requiring electronic monitoring of defendant MISUK MOORE be removed as a condition of her pre-trial release.

    All other bail conditions shall remain as previously ordered.

Dated: October 11, 2005

Edward M Chen
Magistrate Judge