1  Michael Stepanian (CSBN 037712)
   819 Eddy Street
2  San Francisco, CA 94109
   Telephone: (415) 771-6174
3  Fax: (415) 474-3748

4  Attorney for defendant
   MISUK MOORE
5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                  –o0o–

10 UNITED STATES OF AMERICA,

11                                              NO. CR-05-00447 CRB
                   Plantiff,
12                                              ~~(PROPOSED)~~ TRAVEL ORDER
            vs.
13
   MISUK MOORE,
14
                   Defendant.
15
   _____/
16

17      Good cause appearing, IT IS HEREBY ORDERED that defendant MISUK MOORE be

18 allowed to travel to Houston, Texas for the purpose of inspecting and cleaning her home located

19 at 12615 Silverglen Estate Dr., Houston, Texas.  Her contact numbers in Houston are (281) 893-

20 1135 (Home) and 832.858-9688 (Cell).  Ms. Moore is scheduled to depart by plane from San

21 Francisco on Continental Airlines flight #CO782 at 5:45 p.m. on May 11, 2006 and return to San

22 Francisco on Continental Airlines flight #CO307 at  8:10 p.m. on May 18, 2006.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1   Ms. Moore's attorney Michael Stepanian, states that on Monday April 17, 2006 he spoke
2  to Ms. Moore's Pre-trial Services Officer Anthony Grenados, and on Tuesday April 18, 2006, he
3  received a message from Assistant United States Attorney Peter B. Axelrod, and neither has any
4  objection to the prospect of this order.

Dated: April 24, 2006            IT IS SO ORDERED:



_____
Charles R. Breyer
Judge of the District Court