KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

PETER B. AXELROD (CSBN 190843)
LAUREL BEELER (CSBN 187656)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6774
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00447 CRB |
|    Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS |
|    v. ) | |
| MISUK MOORE, ) | |
|    Defendant. ) | |

     This matter is currently on the Court's calendar for June 7, 2006. Defendant Misuk Moore and the United States ask the Court to vacate the June 7, 2006 date based on the fact that the parties are finalizing the terms of a resolution (which contemplates the defendant's dismissal) and set a status date of June 28, 2006 at 2:15 p.m.

STIPULATED:


   May 26, 2006                                     /S/ PETER B. AXELROD
DATE                                            PETER B. AXELROD
                                                    LAUREL BEELER
                                                    Assistant United States Attorneys

ORDER
CR 05-00447 CRB

1

|   |   |
|---|---|
| May 26, 2006 | /S/ MICHAEL STEPANIAN |
| DATE | MICHAEL STEPANIAN |
|   | Attorney for Defendant Misuk Moore |

### **ORDER**

For good cause shown, and for the reasons stated above, the Court vacates the June 7, 2006, hearing date for defendant Misuk Moore based the anticipated dismissal of this defendant and sets a status date of June 28, 2006 at 2:15 p.m.

IT IS SO ORDERED.

DATED:__June 2, 2006____



CHA[...]
Unite[...]

ORDER
CR 05-00447 CRB