MICHAEL STEPANIAN, SBN 037712
Attorney at Law
819 Eddy Street
San Francisco, California 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748

Attorney for Defendant
MISUK MOORE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

--o0o--

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | NO. CR-05-00447-CRB |
| vs. | **ORDER EXONERATING BAIL** |
| MISUK MOORE, et al., | |
| Defendants. | |

GOOD CAUSE SHOWN, based on the fact that on June 27, 2006 the Court dismissed the above indictment with respect to Defendant MISUK MOORE without prejudice, IT IS HEREBY ORDERED that her bail in the amount of $150,000.00 is exonerated. The three properties securing this bail located at 12615 Silverglen Estate Drive, Houston, Texas, and Damsite Village Lot 94, San Jacinto County, Texas, and Lake Livingston Village Subdivision Sec. 14 Lot 211, Polk County, Texas, shall be reconveyed to the trustors.

DATED: September  25 , 2006.

_____
CHARLES R. BREYER
United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

ORDER EXONERATING BAIL